IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MELISSA LANGLAIS, et al.      :    CIVIL ACTION
                              :
         v.                   :
                              :
PENNMONT BENEFIT SERVICES,    :
INC., et al.                  :    NO. 11-5275
```

ORDER

      AND NOW, this 10th day of July, 2012, upon consideration of the petitioners' Motion to Confirm Arbitration Award (Docket No. 10), the respondents' opposition thereto (Docket No. 22), the petitioners' reply in support (Docket No. 23), the respondents' sur-reply (Docket No. 27), the petitioners' supplemental brief pursuant to the Court's order (Docket No. 28), and the respondents' opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED IN PART and DENIED IN PART as follows:

      1.   The motion is GRANTED and the arbitration award that was issued on September 21, 2011 in <u>Langlais et al. v. PennMont Benefit Services, Inc. et al.</u>, AAA No. 14 620 01786 10, is CONFIRMED as against PennMont Benefit Services, Inc.  Judgment is hereby entered in the McLain Family's favor, and against respondent PennMont Benefit Services, Inc. with respect to the corpus of the trust, in the amount of $3,800,000 pursuant to the arbitration award.

The McLain Family may file a motion for attorneys' fees pursuant to the arbitration award on or before August 10, 2012.

2. The motion is DENIED in all other respects.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.