IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA LANGLAIS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNMONT BENEFIT SERVICES, INC., et al. | : | NO. 11-5275 |

ORDER

AND NOW, this 18th day of December, 2013, upon consideration of the petitioners' Motion for Expedited Ruling on Docket Entry 50 (Docket No. 53) and Motion for Partial Release of Supersedeas Bond Funds (Docket No. 50), IT IS HEREBY ORDERED that the Motion for Expedited Ruling is GRANTED, and the Motion for Partial Release of Supersedeas Bond Funds is DENIED WITHOUT PREJUDICE.  The petitioners may refile their motion for release of funds at the conclusion or dismissal of the related proceedings in the Bankruptcy Court for the Eastern District of Pennsylvania, or after relief is granted by the Bankruptcy Court by lifting or modifying the automatic stay under 11 U.S.C. § 362(a).

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.